IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARTELL W. RUNNINGSHIELD,<br>　　　　　　Defendant. | 8:20-CR-246<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff's Motion to Dismiss, Filing 74, seeking dismissal of the defendant's Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 71, without prejudice. The Court finds the motion should be granted. Accordingly,

　　　　IT IS ORDERED that the United States' Motion to dismiss, Filing 74, is granted, and the Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 71, is dismissed without prejudice.

　　　　Dated this 3rd day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge