IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MARTELL W. RUNNINGSHIELD,<br><br>　　　　　　　　Defendant. | 8:20-CR-246<br><br>ORDER RESCINDING WARRANT |

On September 3, 2025, upon motion from the Government, the Court dismissed the Amended Petition for Warrant or Summons for Offender Under Supervision against Martell W. Runningshield without prejudice. Filing 77. In accordance with that order, the Court hereby rescinds the arrest warrant for Runningshield in the above-captioned case. Accordingly,

IT IS ORDERED:

1. The August 18, 2025, arrest warrant for Defendant Martell W. Runningshield, Filing 72, is rescinded; and

2. The Clerk of Court is directed to provide a copy of this Order to the United States Marshals Service.

Dated this 3rd day of September, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　United States District Judge