IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTELL W. RUNNINGSHIELD,<br><br>Defendant. | **8:20CR246**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on February 27, 2026 regarding Third Amended Petition for Offender Under Supervision [91]. Jeffrey Thomas represented the defendant. Martin Conboy represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Second Amended Petition for Offender Under Supervision [84] and Petition for Offender Under Supervision [54]. The government's oral motion to dismiss Second Amended Petition for Offender Under Supervision [84] and Petition for Offender Under Supervision [54] is granted without objection.

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on April 2, 2026.

The government moved for detention based upon risk of flight and danger. The defendant requested a detention hearing which was held. The defendant met his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6). The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision to include successfully completing residential treatment at the Nebraska Urban Indian Health Coalition in

Omaha, Nebraska. After completion of treatment, the defendant is ordered to participate in the GPS location monitoring program and shall abide by all requirements of the program to include a curfew from 2200 to 0600 for 90 days.  18 U.S.C. § 3143(a)(1).

**IT IS SO ORDERED**.

Dated this 27th day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge

2